UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DEBORAH HINSON HIGH,<br>Plaintiff, | )<br>)<br>) | |
| v. | ) | CIVIL ACTION NO. 7:15-cv-153-RJ |
| | ) | |
| CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br>Defendant. | )<br>)<br>)<br>) | **CONSENT ORDER** |

This action being submitted to the Court for entry of a Consent Order agreed to by the Parties and it appearing that Plaintiff, by and through his attorney, has executed this Consent Order and Defendant has executed this Consent Order, by and through the undersigned Special Assistant United States Attorney; and it appearing that the Parties have agreed that Plaintiff, Deborah Hinson High, is awarded attorney fees under the EAJA in the amount of Four Thousand Six Hundred Dollars and 00/100 ($4,600.00) in full and final settlement of attorney fees arising under the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412(d). In accordance with Plaintiff's corresponding Consent Motion, full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

It is therefore **ORDERED** that, pursuant to the above, the Commissioner pay the sum of Four Thousand Six Hundred Dollars and 00/100 ($4,600.00) in full satisfaction

of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sums this case is dismissed with prejudice.

This 20th day of December, 2016.

_____
Robert B. Jones, Jr.
United States Magistrate Judge

**CONSENTED TO:**

Date: December 15, 2016

/s/ Karl E. Osterhout
KARL E. OSTERHOUT, Esquire
Pennsylvania State Bar No.: 49658
Osterhout Disability Law, LLC
521 Cedar Way, Suite 200
Oakmont, PA 15139
T:412-794-8003, ext 401
F: 412-794-8050
karl@mydisabilityattorney.com
*Attorney for Plaintiff*
*Pro Hac Vice*


s/ *Paul B. Eaglin*
Paul B. Eaglin, Esq.
NCSB Bar No. 7097
Attorney for Plaintiff
OLINSKY LAW GROUP
One Park Place
300 S. State Street, Ste. 420
Syracuse, New York 13202
t: 315.701.5780
f: 315.701.5781
peaglin@windisability.com
*Local Counsel*
*December 15, 2016*

2

Date: December 15, 2016          /s/ Elisa Donohoe *
                                 Elisa Donohoe
                                 Special Assistant United States Attorney
                                 Social Security Administration
                                 Office of the General Counsel
                                 Room 617, Altmeyer Building
                                 6401 Security Boulevard
                                 Baltimore, MD  21235
                                 Telephone: 410-966-6366
                                 Fax: 410-597-0527
                                 Email: lisa.donohoe@ssa.gov
                                 *Attorney for Defendant*

*Permission obtained for the use of counsel's electronic signature on December 14, 2016 via electronic mail.

3